IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE J. M. SMUCKER COMPANY, | CASE NO.  5:13-cv-00448-JRA |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| THE WESTON FIRM, P.C., | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's June 25, 2013 Case Management Plan, the parties submit the following Joint Status Report:

1. <u>Discovery</u>.  Plaintiff served a First Set of Document Requests on June 27, 2013; a First Set of Interrogatories on July 8, 2013; a First Set of Requests for Admission and a Second Set of Document Requests on July 11, 2013; a Second Set of Interrogatories on July 31, 2013; and a Third Set of Document Requests on August 2, 2013.

Defendant served a First Set of Requests for Production, a First Set of Requests for Admission, and a First Set of Interrogatories on July 15, 2013; a Second Set of Requests for Production on July 26, 2013; and a Second Set of Requests for Admission on July 29, 2013. Defendant provided written responses and a first document production in response to Plaintiff's First Set of Document Requests on July 26, 2013.  Defendant provided a privilege log on August 1, 2013.  Defendant provided written responses to Plaintiff's First Set of Interrogatories, Plaintiff's First Set of Requests for Admission, and Plaintiff's Second Set of Document Requests on August 7, 2013.

2. <u>Settlement Discussions</u>.  The parties have not engaged in any settlement discussions during the reporting period.

3. <u>Motions</u>.  Defendant filed a Motion for Judgment on the Pleadings on July 8, 2013, and Plaintiff filed a Memorandum in Opposition to that Motion on July 22, 2013.  That Motion remains pending.

Additionally, Defendant filed a Motion to Transfer Venue pursuant to the first-to-file rule on July 10, 2013, and Plaintiff filed a Memorandum in Opposition to that Motion on July 29, 2013.  That Motion remains pending.

Finally, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) on July 15, 2013, but subsequently filed a Notice of Withdrawal of its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5).  The Court entered an Order granting the withdrawal of Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) on July 29, 2013.  That same day, the Court denied as moot Plaintiff's Motion to Extend Time to Serve Complaint.

4. <u>Other Developments</u>.  None.

Dated:  August 9, 2013                                                Respectfully submitted,


 /s/ *Mary Alexander Hyde*                                            /s/ *Melanie Persinger*
Timothy P. Fraelich  (Ohio Bar No. 0062468)    Melanie Persinger (Admitted *Pro Hac Vice*)
tfraelich@jonesday.com                                            mel@westonfirm.com
Robert P. Ducatman  (Ohio Bar No. 0003571)    THE WESTON FIRM
rducatman@jonesday.com                                       1405 Morena Blvd., Suite 201
Angela R. Gott  (Ohio Bar No. 0082198)             San Diego, California  92110
agott@jonesday.com                                                 Telephone:   (619) 798-2006
Mary Alexander Hyde (Ohio Bar No. 0084136)    Facsimile:    (480) 247-4553
malexanderhyde@jonesday.com
JONES DAY                                                                  *Attorney for Defendant*
North Point                                                                    *The Weston Firm, P.C.*
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:     (216) 586-3939
Facsimile:      (216) 579-0212

*Of Counsel*:

Ronald Y. Rothstein
rrothstein@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

*Attorneys for Plaintiff*
*The J. M. Smucker Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2013, a copy of the foregoing JOINT STATUS REPORT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ *Mary Alexander Hyde*
                                              One of the Attorneys for Plaintiff